1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | Case No. 19-CV-00792-EMC<br><br>**[PROPOSED[ ORDER GRANTING MOTION TO STAY CASE PENDING APPEALS**<br><br>ORAL ARGUMENT REQUESTED<br><br>Date: March 25, 2021<br>Time: 1:30 p.m.<br>Zoom ID: 161 991 1861<br>Zoom Passcode: 912881 |

Defendants' Motion to Stay Case Pending Appeals came on for a noticed hearing on March 25, 2021, at 1:30 p.m. in Courtroom 5 on the 17th floor of the above-captioned court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Having reviewed Defendants' Motion, the briefing and evidence submitted, and considering the arguments of the Parties, the Court finds good cause to grant a stay of proceedings pending resolution of the two pending appeals with the United States Court of Appeals for the Ninth Circuit, Case Numbers 20-16937 and 20-73758.

For this reason, the Court GRANTS Defendants' Motion and orders the following:

1. This action and all further litigation activity before this Court, including discovery, is HEREBY ORDERED stayed pending resolution of the two pending appeals with the United States Court of Appeals for the Ninth Circuit, Case Numbers 20-16937 and 20-73758.

Dated: _____

_____
Hon. Edward M. Chen
United States District Judge

46057537.1