Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Cameron O. Flynn CA Bar No. 301830
cameron.flynn@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA  92122
Telephone:    858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendants WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and WORLD FINANCIAL GROUP, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | Case No. 3:19-cv-00792-EMC<br><br>**JOINT STIPULATION TO CONTINUE DEADLINE TO FILE ANSWER TO THIRD-AMENDED COMPLAINT** |

Plaintiffs TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, AND DOROTHY JENKINS (collectively, "Plaintiffs") and DEFENDANTS WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. AND WORLD FINANCIAL GROUP, INC. (together, "Defendants," and with Plaintiffs, the "Parties) hereby stipulate and agree by and through their respective counsel of record as follows:

WHEREAS, Plaintiffs filed a third amended complaint on May 2, 2022 (ECF 128);

WHEREAS, Defendants' responsive pleadings is currently due May 16, 2022;

WHEREAS, the parties met and conferred regarding the responsive pleading deadline and agreed to extend it by one week;

THEREFORE, the Parties stipulate and agree:

1. Defendants responsive pleading is due May 23, 2022.

IT IS SO STIPULATED.

DATED: May 16, 2022                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Tim L. Johnson*
Spencer C. Skeen
Tim L. Johnson
Jesse C. Ferrantella
Cameron O. Flynn
Attorneys for Defendants WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and WORLD FINANCIAL GROUP, INC.

DATED: May 16, 2022                     MARLIN & SALTZMAN

By: /s/ *Karen I. Gold*
Stanley D. Saltzman
Karen I. Gold
Attorneys for Plaintiffs

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Karen I. Gold, counsel for Plaintiff, and that I have obtained Ms. Gold's authorization to affix her electronic signature to this document.

By: */s/ Tim L. Johnson*
Tim L. Johnson

# CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2022.

By: */s/ Tim L. Johnson*
Tim L. Johnson