**MARLIN & SALTZMAN, LLP**
Stanley D. Saltzman, Esq. (SBN 90058)
Karen I. Gold, Esq. (SBN 258360)
Joel M. Gordon, Esq. (SBN 280721)
29800 Agoura Road, Suite 210
Agoura Hills, California  91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
ssaltzman@marlinsaltzman.com
kgold@marlinsaltzman.com
jgordon@marlinsaltzman.com

**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg (SBN 99105)
Chad F. Edwards (SBN 308909)
Bernardo Heights Corporate Center
10815 Rancho Bernardo Road, Suite 310
San Diego, California 92127
Telephone: (619) 232-1826
Facsimile: (619) 232-1859
rsalaw@yahoo.com
drosenberg@rszlaw.net
edwards.sdlaw@gmail.com

**FARNAES & LUCIO, APC**
Malte Farnaes (SBN 222608)
Christina Lucio (SBN 253677)
Mitchell Murray (SBN 285691)
Danielle Piskor (338246)
2235 Encinitas Blvd, Suite 210
Encinitas, California 92024
Telephone: (760) 942-9430
Facsimile: (760) 452-4421
malte@farnaeslaw.com
clucio@farnaeslaw.com
mitch@farnaeslaw.com
dpiskor@farnaeslaw.com

*Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD AND FATEMEH ABTAHI individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Georgia corporation; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 3:19-cv-00792-EMC <br><br> Assigned for all Purposes to: Hon. Edward M. Chen <br><br> **JOINT STIPULATION TO CONTINUE PENDING DEADLINES AND HEARING DATES [DKT. 118]; [PROPOSED] ORDER WITH MODIFICATIONS** |

**TO THE COURT AND ALL PARTIES:**

The Parties to the above-entitled action, by and through their attorneys, stipulate and agree as follows:

WHEREAS, on January 4, 2022, this Court set the following deadlines: (1) completion of private mediation ("by the end of August 2022"); (2) Plaintiffs' Motion for Class Certification (October 6, 2022); (3) hearing on Plaintiffs' Motion for Class Certification (November 10, 2022); and (4) Further Status Conference (September 13, 2022). (Dkt. 118).

WHEREAS, the Parties have been engaged in extensive written discovery practice over the past six (6) months;

WHEREAS, Plaintiffs engaged two independent vendors to assist with the document/data preservation, collection and production process in an effort to ensure that the extensive electronic documents and data related to Plaintiffs' claims are properly preserved, collected, and produced;

WHEREAS, this process has taken many months in light of: (1) the large volume of documents requested; (2) the large number of electronic devices (*i.e.* computers, cell phones, iPads, tablets, etc.) and cloud-based accounts (email, text, etc.) requiring preservation, collection, and production; (3) the various locations of the various electronic devices; (4) numerous technical difficulties encountered while attempting to access several of these devices and accounts; (5) delays resulting from extended collection, processing, review and production time required in light of the volume of data and documents; and (6) Covid-related delays impacting vendor availability, shipping, travel, etc.

WHEREAS, Plaintiffs have been providing regular updates to Defendants regarding the status of the document production;

WHEREAS, in an effort to avoid further delays, Plaintiffs have been providing rolling productions to Defendants over the past several months;

WHEREAS, Plaintiffs anticipate making their final document production within the next fourteen (14) days;

WHEREAS, the Parties have agreed in principle to participate in additional informal discovery once Plaintiffs' document production is complete;

WHEREAS, the Parties have been meeting and conferring regarding the scheduling of Plaintiffs' depositions and the 30(b)(6) deposition(s);

WHEREAS, the first available date for mediation with the Parties' selected mediator (Mr. Mark Rudy) is February 7, 2023;

WHEREAS, based upon their meet and confer efforts and to allow the Parties to focus on the mediation discussed above, the Parties agree (subject to Court approval) to continue the deadlines listed in (Dkt. 118) as follows:

| Deadline | Date |
| --- | --- |
| Deadline to complete private mediation | March 1, 2023 |
| Plaintiffs' Motion for Class Certification | May 15, 2023 |
| Defendants' Opposition to Motion for Class Certification | June 26, 2023 |
| Plaintiffs' Reply in Support of Motion for Class Certification | July 17, 2023 |
| Hearing on Motion for Class Certification | August ~~2~~ 3, 2023, or any date thereafter convenient for the Court |
| Further Status Conference | September ~~4~~ 5, 2023, or any date thereafter convenient for the Court |

**IT IS HEREBY STIPULATED** that, pending this Court's approval, the above identified deadlines shall be adopted by this Court. The Parties shall complete private mediation by March 1, 2023. Plaintiffs' Motion for Class Certification shall be filed on or before May 15, 2023. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before June 26, 2023. Plaintiffs' Reply in Support of Motion for Class Certification shall be filed on or before July 17, 2023. The hearing on the Motion for Class Certification shall be set for August 2, 2023, or any date thereafter that is convenient for the Court. A further Status Conference shall be set for September 4, 2023, or any date thereafter that is convenient for the Court. The Parties will file a Joint Status Conference Statement at least five (5) days prior to the Status Conference. This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to Court approval.

[Signatures on next page]

August 30, 2022                               **MARLIN & SALTZMAN, LLP**

                                              By:  */s/ Karen I. Gold*  _____
                                                    Stanley D. Saltzman, Esq.
                                                    Karen I. Gold, Esq.
                                                    Joel M. Gordon, Esq.

                                              Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved

August 30, 2022                               **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

                                              By:  */s/ Tim L. Johnson*  _____
                                                    Spencer C. Skeen, Esq.
                                                    Tim L. Johnson, Esq.
                                                    Jesse C. Ferrantella, Esq.
                                                    Cameron O. Flynn, Esq.

                                              Attorneys for the Defendants

**ORDER**

In view of the parties' foregoing stipulation (Doc.**134**), and good cause having been shown (see Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the prior deadlines (Dkt. 118) and SETS the following dates and deadlines:

1. Private mediation to be completed by March 1, 2023;
2. Plaintiffs' Motion for Class Certification shall be filed on or before May 15, 2023;
3. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed on or before June 26, 2023;
4. Plaintiffs' Reply in Support of Motion for Class Certification shall be filed on or before July 17, 2023;
5. The motion for class certification shall be heard on **August 3, 2023, at 1:30 PM**;
6. A further status conference is set for **September 5, 2023, at 2:30 PM**;
7. The Parties will file a Joint Case Management Statement at least five (5) days prior to the Scheduling Conference.

**IT IS SO ORDERED.**

Dated:  September 2, 2022

By: _____
Hon. Edward M. Chen
United States District Judge