Spencer C. Skeen CA Bar No. 182216
spencer.skeen@ogletree.com
Tim L. Johnson CA Bar No. 265794
tim.johnson@ogletree.com
Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Cameron O. Flynn CA Bar No. 301830
cameron.flynn@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:    858.652.3100
Facsimile:    858.652.3101

Attorneys for Defendants WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and WORLD FINANCIAL GROUP, INC.

[*Additional counsel on signature page*]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved,<br><br>            Plaintiffs,<br><br>       v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive<br><br>            Defendants. | Case No. 3:19-cv-00792-EMC<br><br>**JOINT STIPULATION TO CONTINUE PENDING DEADLINES AND HEARING DATES [DKT. 135]** |

1  MARLIN & SALTZMAN, LLP
   Stanley D. Saltzman (SBN 90058)
2  Karen I. Gold (SBN 258360)
   29800 Agoura Road, Suite 210
3  Agoura Hills, California 91301
   Phone: (818) 991-8080
4  Fax: (818) 991-8081
   ssaltzman@marlinsaltzman.com
5  kgold@marlinsaltzman.com

6  ROSENBERG, SHPALL & ZEIGEN, APLC
   David Rosenberg (SBN 99105)
7  Chad F. Edwards (SBN 308909)
   Bernardo Heights Corporate Center
8  10815 Rancho Bernardo Road, Suite 310
   San Diego, California 92127
9  Phone: (619) 232-1826
   Fax: (619) 232-1859
10
   FARNAES & LUCIO, APC
11 Malte Farnaes (SBN 222608)
   Christina Lucio (SBN 253677)
12 2235 Encinitas Blvd., Suite 210
   Encinitas, California 92024
13 Phone: (760) 942-9430
   Fax: (760) 452-4421
14
   Attorneys for Plaintiffs, individually and on behalf of all others similarly situated and aggrieved
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:19-cv-00792-EMC
JOINT STIPULATION TO CONTINUE PENDING DEADLINES AND HEARING DATES

1   The Parties to the above-entitled action, through their attorneys, stipulate and agree:

2   WHEREAS, on September 2, 2022, this Court set these deadlines: (1) completion of

3   private mediation ("by the end of March 2023"); (2) Plaintiffs' Motion for Class Certification

4   (May 15, 2023); (3) hearing on Plaintiffs' Motion for Class Certification (August 3, 2023); and

5   (4) Further Status Conference (September 5, 2023). (Dkt. 135).

6   WHEREAS, the Parties have been engaged in extensive written discovery and deposition

7   practice over the past six (6) months;

8   WHEREAS, this process has taken many months in light of: (1) the large volume of

9   documents requested; (2) the large number of electronic devices (*i.e.* computers, cell phones,

10  iPads, tablets, etc.) and cloud-based accounts (email, text, etc.) requiring preservation,

11  collection, and production; (3) the various locations of the electronic devices; (4) numerous

12  technical difficulties encountered by Plaintiffs while attempting to access several of these

13  devices and accounts, which have resulted in significant production delays; and (5) further

14  delays resulting from extended collection, processing, review and production time required in

15  light of the volume of data and documents;

16  WHEREAS, Defendants initially scheduled Plaintiffs' depositions in fall 2022. The parties

17  then postponed these dates to late 2022 given the above document production delays. To date, the

18  Defendants have deposed certain Plaintiffs, including Tricia Yeomans, Dorothy Jenkins, and

19  Cameron Bradford in November and December 2022. However, given the above issues, the Parties

20  have had to postpone other Plaintiffs' depositions further, as Plaintiffs experience continued

21  delays in their document production (largely due to outside vendors assisting with collection) and

22  have yet to complete their production;

23  WHEREAS, Plaintiffs have been providing regular updates to Defendants regarding the

24  status of the document production. In an effort to avoid further delays, Plaintiffs have been providing

25  rolling productions to Defendants over the past several months, with some documents still pending;

26  WHEREAS, the Parties have agreed in principle to participate in additional informal

27  discovery once Plaintiffs' document production is complete;

28

1    WHEREAS, the Parties are working to schedule further depositions, including the remaining Plaintiffs' depositions and 30(b)(6) deposition(s);

WHEREAS, the Parties had to continue the initial mediation date in light of the discovery challenges, and the next available date that worked for the parties and the mediator, Mark Rudy, Esq., is September 28, 2023, which the Parties have secured;

WHEREAS, based upon their meet and confer efforts and to allow the Parties to focus on the mediation discussed above, the Parties agree (subject to Court approval) to continue the deadlines listed in (Dkt 135) as follows:

| DEADLINE | DATE |
|---|---|
| Deadline to complete private mediation | October 6, 2023 |
| Plaintiffs' Motion for Class Certification | December 22, 2023 |
| Defendants' Opposition to Motion for Class Certification | February 9, 2024 |
| Plaintiffs' Reply in Support of Motion for Class Certification | March 29, 2024 |
| Hearing on Motion for Class Certification | April 29, 2024, or any date thereafter convenient for the Court |
| Further Status Conference | June 28, 2024, or any date thereafter convenient for the Court |

IT IS HEREBY STIPULATED that, pending this Court's approval, the above identified deadlines shall be adopted by this Court. The Parties shall complete private mediation by October 6, 2023. Plaintiffs' Motion for Class Certification shall be filed on or before December 22, 2023. Defendants' Opposition to the Motion for Class Certification shall be filed on or before February 9, 2024. Plaintiffs' Reply in Support of the Motion for Class Certification shall be filed on or before March 29, 2024. The hearing on the Motion for Class Certification shall be set for April 29, 2024, or any date thereafter that is convenient for the Court. A further Status Conference shall be set for June 28, 2024, or any date thereafter that is convenient for the Court. The Parties will file a Joint Status Conference Statement at least five (5) days prior to the Status Conference. This stipulation shall not be construed as a waiver of any Parties' rights to later seek modification of this schedule, subject to Court approval.

[*Signatures on next page*]

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  February 8, 2023 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| 3 | | |
| 4 | | By:  */s/ Tim L. Johnson*  <br>        Tim L. Johnson  <br>        Attorneys for Defendants |
| 5 | | |
| 6 | | |
| 7 | DATED:  February 8, 2023 | MARLIN & SALTZMAN |
| 8 | | By:  */s/ Karen I. Gold*  <br>        Karen I. Gold  <br>        Attorneys for Plaintiffs |
| 9 | | |

3   Case No. 3:19-cv-00792-EMC
JOINT STIPULATION TO CONTINUE PENDING DEADLINES AND HEARING DATES

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I certify that the content of this document is acceptable to Karen I. Gold, counsel for Plaintiff, and that I have obtained Ms. Gold's authorization to affix her electronic signature to this document.

By: */s/ Tim Johnson*
Tim Johnson

**CERTIFICATE OF SERVICE**

I certify that on February 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 8, 2023.

By: */s/ Tim Johnson*
Tim Johnson