**MARLIN & SALTZMAN**
Alan S. Lazar, Esq. (SBN 125820)
Cody R. Kennedy, Esq. (SBN 296061)
Joel M Gordon, Esq. (SBN 280721)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone:  (818) 991-8080
Facsimile:  (818) 991-8081
alazar@marlinsaltzman.com
ckennedy@marlinsaltzman.com
jgordon@marlinsaltzman.com

| | |
|---|---|
| **ROSENBERG, SHPALL & ZEIGEN, APLC** | **FARNAES & LUCIO, APC** |
| David Rosenberg (SBN 99105) | Malte Farnaes (SBN 222608) |
| Chad F. Edwards (SBN 308909) | Christina Lucio (SBN 253677) |
| Bernardo Heights Corporate Center | 2235 Encinitas Blvd, Suite 210 |
| 10815 Rancho Bernardo Road, Suite 310 | Encinitas, California 92024 |
| San Diego, California 92127 | Telephone: (760) 942-9430 |
| Telephone: (619) 232-1826 | Facsimile: (760) 452-4421 |
| Facsimile: (619) 232-1859 | |
| rsalaw@yahoo.com | |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved,<br><br>    Plaintiffs,<br><br>    v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive<br><br>    Defendants. | Case No. 3:19-cv-00792-EMC<br><br>**NOTICE OF CHANGE IN COUNSEL** |

The following attorneys from Marlin & Saltzman, LLP are no longer counsel of record for Plaintiffs in this action, for the reasons stated below:

<u>Stanley D. Saltzman</u>, SBN 90058:  Deceased

<u>Karen I. Gold</u>, SBN 258360:  No longer with Marlin & Saltzman, LLP

In addition to Rosenberg, Shpall & Zeigen, APLC and Farnaes & Lucio, APC, Plaintiffs continue to be represented by Marlin & Saltzman, LLP through Alan S. Lazar, Cody R. Kennedy, Marissa A. Mayhood, and Joel M. Gordon.

DATED:  June 26, 2023                **MARLIN & SALTZMAN, LLP**

By:  __/s/ Cody R. Kennedy_____
Alan S. Lazar, Esq.
Cody R. Kennedy, Esq.
Joel M. Gordon, Esq.
Marissa A. Mayhood, Esq.
*Attorneys for Plaintiffs, the putative Class, and Aggrieved Employees*