**MARLIN & SALTZMAN, LLP**
Alan S. Lazar, Esq. (SBN 125820)
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
alazar@marlinsaltzman.com
ckennedy@marlinsaltzman.com

**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg, Esq. (SBN 99105)
Chad F. Edwards, Esq. (SBN 308909)
Bernardo Heights Corporate Center
10815 Rancho Bernardo Road, Suite 310
San Diego, California 92127
Telephone: (619) 232-1826
Facsimile: (619) 232-1859
rsalaw@yahoo.com

**FARNAES & LUCIO, APC**
Malte Farnaes, Esq. (SBN 222608)
Christina Lucio, Esq. (SBN 253677)
2235 Encinitas Blvd, Suite 210
Encinitas, California 92024
Telephone: (760) 942-9430
Facsimile: (760) 452-4421

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive<br><br>Defendants. | Case No. 3:19-cv-00792-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY PENDING DEADLINES/HEARING DATES** |

1  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Spencer C. Skeen, Esq. (Bar No. 182216)
2  Tim L. Johnson, Esq. (Bar No. 265794)
3  Jesse C. Ferrantella, Esq. (Bar No. 279131)
   Cameron O. Flynn (Bar No. 301830)
4  4370 La Jolla Village Drive, Suite 990
   San Diego, CA 92122
5  Telephone: (858) 652-3100
   Facsimile:  (858) 652-3101
6  spencer.skeen@ogletree.com
   tim.johnson@ogletree.com
7  jesse.ferrantella@ogletree.com
   cameron.flynn@ogletree.com
8
9  Attorneys for Defendants
   WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and
10 WORLD FINANCIAL GROUP, INC.

28 [PROPOSED] ORDER GRANTING JOINT          2          CASE NO. 3:19-CV-00792-EMC
   STIPULATION TO MODIFY PENDING
   DEADLINES/HEARING DATES

In view of the Parties' foregoing stipulation, and good cause having been shown (see Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the prior deadlines (Dkt. 147) and SETS the following dates and deadlines;

1. The deadline to file Plaintiffs' motion for class certification, previously set for March 22, 2024, is hereby vacated.
2. The deadline to file Defendants' opposition to motion for class certification, previously set for May 10, 2024, is hereby vacated.
3. The deadline to file Plaintiffs' reply brief in support of motion for class Certification, previously set for June 28, 2024, is hereby vacated.
4. The class certification hearing date, previously set for July 25, 2024 is hereby vacated.
5. The Further Status Conference shall be advanced from September 24, 2024 to May 21, 2024.
6. The Parties will file a Joint Status Conference Statement at least seven (7) days prior to the Status Conference.

**IT IS SO ORDERED.**

Dated: _____, 2024

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE