**MARLIN & SALTZMAN, LLP**
Alan S. Lazar, Esq. (SBN 125820)
Cody R. Kennedy, Esq. (SBN 296061)
29800 Agoura Road, Suite 210
Agoura Hills, California 91301
Telephone: (818) 991-8080
Facsimile: (818) 991-8081
alazar@marlinsaltzman.com
ckennedy@marlinsaltzman.com

**ROSENBERG, SHPALL & ZEIGEN, APLC**
David Rosenberg, Esq. (SBN 99105)
Chad F. Edwards, Esq. (SBN 308909)
Bernardo Heights Corporate Center
10815 Rancho Bernardo Road, Suite 310
San Diego, California 92127
Telephone: (619) 232-1826
Facsimile: (619) 232-1859
rsalaw@yahoo.com

**FARNAES & LUCIO, APC**
Malte Farnaes, Esq. (SBN 222608)
Christina Lucio, Esq. (SBN 253677)
2235 Encinitas Blvd, Suite 210
Encinitas, California 92024
Telephone: (760) 942-9430
Facsimile: (760) 452-4421

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA YEOMANS, ISMAIL CHRAIBI, ADRIAN RODRIGUEZ, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI individually and on behalf of all others similarly situated and aggrieved, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD FINANCIAL GROUP INSURANCE AGENCY, INC., a California corporation; WORLD FINANCIAL GROUP, INC., a Delaware corporation; and DOES 1 to 100, inclusive <br><br> Defendants. | Case No. 3:19-cv-00792-EMC <br><br> **JOINT STATUS REPORT** <br><br> DATE: August 6, 2024 <br> TIME: 2:30 p.m. <br> CTRM: 5 via ZOOM |

1  **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Spencer C. Skeen, Esq. (Bar No. 182216)
2  Tim L. Johnson, Esq. (Bar No. 265794)
   Jesse C. Ferrantella, Esq. (Bar No. 279131)
3  Cameron O. Flynn, Esq. (Bar No. 301830)
4  4370 La Jolla Village Drive, Suite 990
   San Diego, CA 92122
5  Telephone: (858) 652-3100
   Facsimile:  (858) 652-3101
6  spencer.skeen@ogletree.com
   tim.johnson@ogletree.com
7  jesse.ferrantella@ogletree.com
   cameron.flynn@ogletree.com
8
9  Attorneys for Defendants
   WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and
10 WORLD FINANCIAL GROUP, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**        2        CASE NO. 3:19-CV-00792-EMC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiffs TRICIA YEOMANS, ISMAIL CHRAIBI, ROBERT JENKINS, DOROTHY JENKINS, CAMERON BRADFORD and FATEMEH ABTAHI ("Plaintiffs") and Defendants WORLD FINANCIAL GROUP INSURANCE AGENCY, INC. and WORLD FINANCIAL GROUP, INC. ("Defendants") (collectively referred to as "the Parties"), by and through their respective counsel, submit the following Joint Status Report.

The Parties have entered into a binding Memorandum of Understanding ("MOU") and are in the process of drafting the corresponding long form settlement agreement.

On July 23, 2024, the Parties filed a Joint Stipulation to Remand Removed Action, requesting (1) that the case be remanded to the Superior Court of California, County of San Francisco, where the action was originally filed, and (2) that the five-year period to bring the action to trial pursuant to Code of Civil Procedure §583.10 be waived (Dkt. 159).

The pending remand request is brought under the Local Controversy exception to CAFA Jurisdiction, and is intended to ensure that settlement approval and subsequent notice procedures are carried out by a court which properly maintains subject matter jurisdiction over the action. *Kwai Fun Wong v. Beebe*, 732 F.3d 1030, 1035–36 (9th Cir. 2013), aff'd and remanded sub nom. *United States v. Wong*, 575 U.S. 402, 135 S. Ct. 1625, 191 L. Ed. 2d 533 (2015) ("A court's subject-matter jurisdiction can never be waived or forfeited, objections to the court's jurisdiction may be resurrected at any point in the litigation, and courts are obligated to consider sua sponte requirements that go[ ] to subject-matter jurisdiction."), internal quotes omitted. The request is further intended to avoid the unnecessary duplication of judicial resources, *i.e.* ensuring that the approval process need not be carried out twice should a jurisdictional challenge be raised during the notice and objection period.

The Court has not yet ruled upon the Parties' pending request for remand (Dkt. 159). Accordingly, the Parties request that the August 6, 2024, Status Conference be either continued or vacated, so as to allow for the pending jurisdiction issue to be resolved by this Court.

/ / /

| | | |
|---|---|---|
| 1 | DATED: July 29, 2024 | **MARLIN & SALTZMAN, LLP** |
| 2 | | |
| 3 | | By: s/ Cody R. Kennedy<br>     Alan S. Lazar, Esq.<br>     Cody R. Kennedy, Esq. |
| 4 | | |
| 5 | | *Attorneys for Plaintiffs, the putative Class, and Aggrieved Employees* |
| 6 | | |
| 7 | DATED: July 29, 2024 | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| 8 | | |
| 9 | | By: s/ Tim L. Johnson<br>     Tim L. Johnson, Esq. |
| 10 | | |
| 11 | | *Attorneys for Defendants* |

**JOINT STATUS REPORT**            4            Case No. 3:19-cv-00792-EMC

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Tim Johnson, counsel for Defendants, and that I have obtained Mr. Johnson's authorization to affix his electronic signature to this document.

           s/ Cody R. Kennedy
           Cody R. Kennedy

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses noted on the Notice of Electronic Filing.

s/ Cody R. Kennedy
Cody R. Kennedy
